*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
   James J. Dunn                 )    Case No. 25–10680–pmm
                                      )
                                      )
   Debtor(s).                    )    Chapter: 13
                                      )
                                      )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Means Test Calculation 122C–2 Due 3/6/25
    Plan Due 3/6/25
    Schedules A Due 3/6/25
    Schedules B Due 3/6/25
    Schedules C Due 3/6/25
    Schedules D Due 3/6/25
    Schedules E Due 3/6/25
    Schedules F Due 3/6/25
    Schedules G Due 3/6/25
    Schedules H Due 3/6/25
    Schedules I Due 3/6/25
    Schedules J Due 3/6/25
    Statement of Attorney Compensation Due 3/6/25
    Statement of Current Monthly Income (122C–1) Due 3/6/25
    Statement of Financial Affairs Due 3/6/25
    Summary of Assets and Liabilities Due 3/6/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: February 21, 2025                          By the Court

                                                          Patricia M. Mayer
                                                          Judge, United States Bankruptcy Court