# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| James J. Dunn,<br><br><div align="right">*Debtor.*</div> | Case No. 25-10680-DJB<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- First Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following party:

Rushmore Loan Management Service
Attn: Bankruptcy
P.O. Box 55004
Irvine, CA 92619

Santander Consumer USA, Inc
Attn: Bankruptcy
95 Amaral St
Riverside, RI 02915-2204

Date: March 19, 2025

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com