

**Brown's Super Stores, Inc.**
700 Delsea Drive
Westville, NJ 08093
856/471-2031

| | |
|---|---|
| Pay Begin Date: | 02/16/2025 |
| Pay End Date: | 02/22/2025 |

| | |
|---|---|
| P'Soft Check/Advice #: | 000000039544262 |
| Advice Date: | 02/28/2025 |

**James J Dunn**
249 Andover Rd
Fairless Hills, PA 19030

| | |
|---|---|
| Employee ID: | [redacted] |
| Store/Div: | 0428 |
| Department: | 2710 |
| Pay Rate: | $1,923.08 Weekly |
| OT 1.5 Rate: | NA |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Tax Status: | Married | Married |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,923.08 | 240.00 | 11,538.48 |
| Taxable Life Insurance | | | 17.62 | | 105.72 |
| **TOTAL:** | | 0.00 | 1,923.08 | 240.00 | 11,538.48 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 122.04 | 732.24 |
| Fed MED/EE | 26.22 | 157.31 |
| Fed OASDI/EE | 112.11 | 672.64 |
| PA Unempl EE | 1.36 | 8.15 |
| PA Withholding | 55.51 | 333.06 |
| PA BENSALEM TWP (M + SD) LS Tax | 1.00 | 6.00 |
| PA BENSALEM TWP Withholding | 18.08 | 108.48 |
| **TOTAL:** | 336.32 | 2,017.88 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 81.37 | 488.22 |
| Browns Dental | 9.00 | 54.00 |
| Vision Pre-Tax | 2.17 | 13.02 |
| 401K Savings | 57.69 | 346.14 |
| FSA-Health Care | 40.00 | 240.00 |
| **TOTAL:** | 190.23 | 1,141.38 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 7.73 | 46.38 |
| Supplemental Life Ins | 24.78 | 148.68 |
| **TOTAL:** | 32.51 | 195.06 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,923.08 | 1,750.47 | 336.32 | 222.74 | 1,364.02 |
| YTD | 11,538.48 | 10,502.82 | 2,017.88 | 1,336.44 | 8,184.16 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000039544262 | Checking | *********052 | 1,364.02 |
| **TOTAL:** | | | 1,364.02 |

**MESSAGE:**



**ShopRite**

| Brown's Super Stores, Inc.<br>700 Delsea Drive<br>Westville, NJ 08093<br>856/471-2031 | Pay Begin Date: 02/09/2025<br>Pay End Date: 02/15/2025 | P'Soft Check/Advice #: 000000039492436<br>Advice Date: 02/21/2025 |
|---|---|---|

| James J Dunn<br>249 Andover Rd<br>Fairless Hills, PA 19030 | Employee ID:<br>Store/Div: 0428<br>Department: 2710<br>Pay Rate: $1,923.08 Weekly<br>OT 1.5 Rate: NA | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| | | Tax Status: | Married | Married |
| | | Allowances: | N/A | 0 |
| | | Addl. Percent: | N/A | |
| | | Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,923.08 | 200.00 | 9,615.40 |
| Taxable Life Insurance | | | 17.62 | | 88.10 |
| **TOTAL:** | | 0.00 | 1,923.08 | 200.00 | 9,615.40 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 122.04 | 610.20 |
| Fed MED/EE | 26.22 | 131.09 |
| Fed OASDI/EE | 112.11 | 560.53 |
| PA Unempl EE | 1.36 | 6.79 |
| PA Withholding | 55.51 | 277.55 |
| PA BENSALEM TWP (M + SD) LS Tax | 1.00 | 5.00 |
| PA BENSALEM TWP Withholding | 18.08 | 90.40 |
| **TOTAL:** | 336.32 | 1,681.56 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 81.37 | 406.85 |
| Browns Dental | 9.00 | 45.00 |
| Vision Pre-Tax | 2.17 | 10.85 |
| 401K Savings | 57.69 | 288.45 |
| FSA-Health Care | 40.00 | 200.00 |
| **TOTAL:** | 190.23 | 951.15 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 7.73 | 38.65 |
| Supplemental Life Ins | 24.78 | 123.90 |
| **TOTAL:** | 32.51 | 162.55 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,923.08 | 1,750.47 | 336.32 | 222.74 | 1,364.02 |
| YTD | 9,615.40 | 8,752.35 | 1,681.56 | 1,113.70 | 6,820.14 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000039492436 | Checking | *********052 | 1,364.02 |
| **TOTAL:** | | | 1,364.02 |

**MESSAGE:**



**Brown's Super Stores, Inc.**
700 Delsea Drive
Westville, NJ 08093
856/471-2031

Pay Begin Date: 02/02/2025
Pay End Date: 02/08/2025

P'Soft Check/Advice #: 000000039441100
Advice Date: 02/14/2025

**James J Dunn**
249 Andover Rd
Fairless Hills, PA 19030

Employee ID: [redacted]
Store/Div: 0428
Department: 2710
Pay Rate: $1,923.08 Weekly
OT 1.5 Rate: NA

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | Married |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,923.08 | 160.00 | 7,692.32 |
| Taxable Life Insurance | | | 17.62 | | 70.48 |
| **TOTAL:** | | 0.00 | 1,923.08 | 160.00 | 7,692.32 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 122.04 | 488.16 |
| Fed MED/EE | 26.22 | 104.87 |
| Fed OASDI/EE | 112.10 | 448.42 |
| PA Unempl EE | 1.35 | 5.43 |
| PA Withholding | 55.51 | 222.04 |
| PA BENSALEM TWP (M + SD) LS Tax | 1.00 | 4.00 |
| PA BENSALEM TWP Withholding | 18.08 | 72.32 |
| **TOTAL:** | 336.30 | 1,345.24 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 81.37 | 325.48 |
| Browns Dental | 9.00 | 36.00 |
| Vision Pre-Tax | 2.17 | 8.68 |
| 401K Savings | 57.69 | 230.76 |
| FSA-Health Care | 40.00 | 160.00 |
| **TOTAL:** | 190.23 | 760.92 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 7.73 | 30.92 |
| Supplemental Life Ins | 24.78 | 99.12 |
| **TOTAL:** | 32.51 | 130.04 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,923.08 | 1,750.47 | 336.30 | 222.74 | 1,364.04 |
| YTD | 7,692.32 | 7,001.88 | 1,345.24 | 890.96 | 5,456.12 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000039441100 | Checking | *********052 | 1,364.04 |
| **TOTAL:** | | | 1,364.04 |

**MESSAGE:**



| Brown's Super Stores, Inc.<br>700 Delsea Drive<br>Westville, NJ 08093<br>856/471-2031 | | Pay Begin Date:<br>Pay End Date: | 01/26/2025<br>02/01/2025 | | P'Soft Check/Advice #:<br>Advice Date: | 000000039385911<br>02/07/2025 | |
|---|---|---|---|---|---|---|---|
| James J Dunn<br>249 Andover Rd<br>Fairless Hills, PA 19030 | | Employee ID:<br>Store/Div:<br>Department:<br>Pay Rate:<br>OT 1.5 Rate: | 0428<br>2710<br>$1,923.08 Weekly<br>NA | | TAX DATA:<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Married<br>N/A<br>N/A | PA State<br>Married<br>0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,923.08 | 120.00 | 5,769.24 |
| Taxable Life Insurance | | | 17.62 | | 52.86 |
| **TOTAL:** | | 0.00 | 1,923.08 | 120.00 | 5,769.24 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 122.04 | 366.12 |
| Fed MED/EE | 26.21 | 78.65 |
| Fed OASDI/EE | 112.11 | 336.32 |
| PA Unempl EE | 1.36 | 4.08 |
| PA Withholding | 55.51 | 166.53 |
| PA BENSALEM TWP (M + SD) LS Tax | 1.00 | 3.00 |
| PA BENSALEM TWP Withholding | 18.08 | 54.24 |
| **TOTAL:** | 336.31 | 1,008.94 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 81.37 | 244.11 |
| Browns Dental | 9.00 | 27.00 |
| Vision Pre-Tax | 2.17 | 6.51 |
| 401K Savings | 57.69 | 173.07 |
| FSA-Health Care | 40.00 | 120.00 |
| **TOTAL:** | 190.23 | 570.69 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 7.73 | 23.19 |
| Supplemental Life Ins | 24.78 | 74.34 |
| **TOTAL:** | 32.51 | 97.53 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,923.08 | 1,750.47 | 336.31 | 222.74 | 1,364.03 |
| YTD | 5,769.24 | 5,251.41 | 1,008.94 | 668.22 | 4,092.08 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000039385911 | Checking | *********052 | 1,364.03 |
| **TOTAL:** | | | 1,364.03 |

MESSAGE:



| Brown's Super Stores, Inc.<br>700 Delsea Drive<br>Westville, NJ 08093<br>856/471-2031 | Pay Begin Date: 01/19/2025<br>Pay End Date: 01/25/2025 | | P'Soft Check/Advice #: 000000039330716<br>Advice Date: 01/31/2025 | |
|---|---|---|---|---|
| **James J Dunn**<br>249 Andover Rd<br>Fairless Hills, PA 19030 | Employee ID:<br>Store/Div: 0428<br>Department: 2710<br>Pay Rate: $1,923.08 Weekly<br>OT 1.5 Rate: NA | | **TAX DATA:**<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Married<br>N/A<br>N/A | PA State<br>Married<br>0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,923.08 | 80.00 | 3,846.16 |
| Taxable Life Insurance | | | 17.62 | | 35.24 |
| **TOTAL:** | | 0.00 | 1,923.08 | 80.00 | 3,846.16 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 122.04 | 244.08 |
| Fed MED/EE | 26.22 | 52.44 |
| Fed OASDI/EE | 112.10 | 224.21 |
| PA Unempl EE | 1.36 | 2.72 |
| PA Withholding | 55.51 | 111.02 |
| PA BENSALEM TWP (M + SD) LS Tax | 1.00 | 2.00 |
| PA BENSALEM TWP Withholding | 18.08 | 36.16 |
| **TOTAL:** | 336.31 | 672.63 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 81.37 | 162.74 |
| Browns Dental | 9.00 | 18.00 |
| Vision Pre-Tax | 2.17 | 4.34 |
| 401K Savings | 57.69 | 115.38 |
| FSA-Health Care | 40.00 | 80.00 |
| **TOTAL:** | 190.23 | 380.46 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 7.73 | 15.46 |
| Supplemental Life Ins | 24.78 | 49.56 |
| **TOTAL:** | 32.51 | 65.02 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,923.08 | 1,750.47 | 336.31 | 222.74 | 1,364.03 |
| YTD | 3,846.16 | 3,500.94 | 672.63 | 445.48 | 2,728.05 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000039330716 | Checking | ********052 | 1,364.03 |
| **TOTAL:** | | | 1,364.03 |

**MESSAGE:**



| Brown's Super Stores, Inc. | Pay Begin Date: | 01/12/2025 | P'Soft Check/Advice #: | 000000039278647 |
|---|---|---|---|---|
| 700 Delsea Drive | Pay End Date: | 01/18/2025 | Advice Date: | 01/24/2025 |
| Westville, NJ 08093 | | | | |
| 856/471-2031 | | | | |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| James J Dunn | Employee ID: | | Tax Status: | Married | Married |
| 249 Andover Rd | Store/Div: | 0428 | Allowances: | N/A | 0 |
| Fairless Hills, PA 19030 | Department: | 2710 | Addl. Percent: | N/A | |
| | Pay Rate: | $1,923.08 Weekly | Addl. Amount: | | |
| | OT 1.5 Rate: | NA | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,923.08 | 40.00 | 1,923.08 |
| Taxable Life Insurance | | | 17.62 | | 17.62 |
| **TOTAL:** | | 0.00 | 1,923.08 | 40.00 | 1,923.08 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 122.04 | 122.04 |
| Fed MED/EE | 26.22 | 26.22 |
| Fed OASDI/EE | 112.11 | 112.11 |
| PA Unempl EE | 1.36 | 1.36 |
| PA Withholding | 55.51 | 55.51 |
| PA BENSALEM TWP (M + SD) LS Tax | 1.00 | 1.00 |
| PA BENSALEM TWP Withholding | 18.08 | 18.08 |
| **TOTAL:** | 336.32 | 336.32 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 81.37 | 81.37 |
| Browns Dental | 9.00 | 9.00 |
| Vision Pre-Tax | 2.17 | 2.17 |
| 401K Savings | 57.69 | 57.69 |
| FSA-Health Care | 40.00 | 40.00 |
| **TOTAL:** | 190.23 | 190.23 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 7.73 | 7.73 |
| Supplemental Life Ins | 24.78 | 24.78 |
| **TOTAL:** | 32.51 | 32.51 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,923.08 | 1,750.47 | 336.32 | 222.74 | 1,364.02 |
| YTD | 1,923.08 | 1,750.47 | 336.32 | 222.74 | 1,364.02 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000039278647 | Checking | *********052 | 1,364.02 |
| **TOTAL:** | | | 1,364.02 |

**MESSAGE:**

**DB Gourmet Markets LLC**
700 Delsea Dr
Westville, NJ 08093
856/471-2031

Pay Begin Date: 01/05/2025
Pay End Date: 01/11/2025

P'Soft Check/Advice #: 000000039227698
Advice Date: 01/17/2025

**James J Dunn**
249 Andover Rd
Fairless Hills, PA 19030

Employee ID:
Store/Div: 4898
Department: 3111
Pay Rate: $2,653.85 Weekly
OT 1.5 Rate: NA

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | Married |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,653.85 | 120.00 | 7,961.55 |
| **TOTAL:** | | 0.00 | 2,653.85 | 120.00 | 7,961.55 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 175.98 | 527.94 |
| Fed MED/EE | 33.05 | 99.16 |
| Fed OASDI/EE | 141.34 | 424.01 |
| NJ Unempl EE | 10.15 | 30.45 |
| NJ NJ WDPF | 0.66 | 1.99 |
| NJ NJ SWAF | 0.46 | 1.39 |
| NJ FLI/EE | 8.75 | 26.27 |
| NJ OASDI/EE | 6.10 | 18.31 |
| PA Withholding | 69.98 | 209.94 |
| PA FALLS TWP Withholding | 22.80 | 68.40 |
| **TOTAL:** | 469.27 | 1,407.86 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 323.08 | 969.24 |
| Browns Dental | 9.00 | 27.00 |
| Vision Pre-Tax | 2.17 | 6.51 |
| 401K Savings | 79.62 | 238.86 |
| FSA-Health Care | 40.00 | 120.00 |
| **TOTAL:** | 453.87 | 1,361.61 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 9.28 | 27.84 |
| Supplemental Life Ins | 24.78 | 24.78 |
| **TOTAL:** | 34.06 | 52.62 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,653.85 | 2,199.98 | 469.27 | 487.93 | 1,696.65 |
| YTD | 7,961.55 | 6,599.94 | 1,407.86 | 1,414.23 | 5,139.46 |

## NET PAY DISTRIBUTION

Advice #000000039227698

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *********052 | 1,696.65 |
| **TOTAL:** | | 1,696.65 |

MESSAGE:

| DB Gourmet Markets LLC<br>700 Delsea Dr<br>Westville, NJ 08093<br>856/471-2031 | Pay Begin Date: 12/29/2024<br>Pay End Date: 01/04/2025 | | P'Soft Check/Advice #: 000000039176263<br>Advice Date: 01/10/2025 | |
|---|---|---|---|---|
| James J Dunn<br>249 Andover Rd<br>Fairless Hills, PA 19030 | Employee ID:<br>Store/Div: 4898<br>Department: 3111<br>Pay Rate: $2,653.85 Weekly<br>OT 1.5 Rate: NA | | **TAX DATA:**       Federal     PA State<br>Tax Status:      Married     Married<br>Allowances:     N/A          0<br>Addl. Percent:    N/A<br>Addl. Amount: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,653.85 | 80.00 | 5,307.70 |
| **TOTAL:** | | 0.00 | 2,653.85 | 80.00 | 5,307.70 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 175.98 | 351.96 |
| Fed MED/EE | 33.06 | 66.11 |
| Fed OASDI/EE | 141.33 | 282.67 |
| NJ Unempl EE | 10.15 | 20.30 |
| NJ NJ WDPF | 0.67 | 1.33 |
| NJ NJ SWAF | 0.47 | 0.93 |
| NJ FLI/EE | 8.76 | 17.52 |
| NJ OASDI/EE | 6.11 | 12.21 |
| PA Withholding | 69.98 | 139.96 |
| PA FALLS TWP Withholding | 22.80 | 45.60 |
| **TOTAL:** | 469.31 | 938.59 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 323.08 | 646.16 |
| Browns Dental | 9.00 | 18.00 |
| Vision Pre-Tax | 2.17 | 4.34 |
| 401K Savings | 79.62 | 159.24 |
| FSA-Health Care | 40.00 | 80.00 |
| **TOTAL:** | 453.87 | 907.74 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 9.28 | 18.56 |
| **TOTAL:** | 9.28 | 18.56 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,653.85 | 2,199.98 | 469.31 | 463.15 | 1,721.39 |
| YTD | 5,307.70 | 4,399.96 | 938.59 | 926.30 | 3,442.81 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000039176263 | Checking | *********052 | 1,721.39 |
| **TOTAL:** | | | 1,721.39 |

**MESSAGE:**

| DB Gourmet Markets LLC<br>700 Delsea Dr<br>Westville, NJ 08093<br>856/471-2031 | Pay Begin Date: 12/22/2024<br>Pay End Date: 12/28/2024 | | P'Soft Check/Advice #: 000000039124247<br>Advice Date: 01/03/2025 | |
|---|---|---|---|---|
| **James J Dunn**<br>249 Andover Rd<br>Fairless Hills, PA 19030 | Employee ID:<br>Store/Div: 4898<br>Department: 3111<br>Pay Rate: $2,653.85 Weekly<br>OT 1.5 Rate: NA | | TAX DATA:<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Married<br>N/A<br>N/A | PA State<br>Married<br>0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,653.85 | 40.00 | 2,653.85 |
| **TOTAL:** | | 0.00 | 2,653.85 | 40.00 | 2,653.85 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 175.98 | 175.98 |
| Fed MED/EE | 33.05 | 33.05 |
| Fed OASDI/EE | 141.34 | 141.34 |
| NJ Unempl EE | 10.15 | 10.15 |
| NJ NJ WDPF | 0.66 | 0.66 |
| NJ NJ SWAF | 0.46 | 0.46 |
| NJ FLI/EE | 8.76 | 8.76 |
| NJ OASDI/EE | 6.10 | 6.10 |
| PA Withholding | 69.98 | 69.98 |
| PA FALLS TWP Withholding | 22.80 | 22.80 |
| **TOTAL:** | 469.28 | 469.28 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 323.08 | 323.08 |
| Browns Dental | 9.00 | 9.00 |
| Vision Pre-Tax | 2.17 | 2.17 |
| 401K Savings | 79.62 | 79.62 |
| FSA-Health Care | 40.00 | 40.00 |
| **TOTAL:** | 453.87 | 453.87 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 9.28 | 9.28 |
| **TOTAL:** | 9.28 | 9.28 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,653.85 | 2,199.98 | 469.28 | 463.15 | 1,721.42 |
| YTD | 2,653.85 | 2,199.98 | 469.28 | 463.15 | 1,721.42 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000039124247 | Checking | *********052 | 1,721.42 |
| **TOTAL:** | | | 1,721.42 |

MESSAGE:

**DB Gourmet Markets LLC**
700 Delsea Dr
Westville, NJ 08093
856/471-2031

Pay Begin Date: 12/15/2024
Pay End Date: 12/21/2024

P'Soft Check/Advice #: 000000039072330
Advice Date: 12/27/2024

**James J Dunn**
249 Andover Rd
Fairless Hills, PA 19030

Employee ID: [redacted]
Store/Div: 4898
Department: 3111
Pay Rate: $2,653.85 Weekly
OT 1.5 Rate: NA

TAX DATA:
| | Federal | PA State |
|---|---|---|
| Tax Status: | Married | Married |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,653.85 | 1,416.00 | 93,946.29 |
| Taxable Life Insurance | | | -23.40 | | 748.80 |
| Prior Week Adjustment Hours | | 0.00 | 0.00 | 16.00 | 1,061.54 |
| Paid Time Off | | | 0.00 | 64.00 | 4,246.16 |
| **TOTAL:** | | **0.00** | **2,653.85** | **1,496.00** | **99,253.99** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 177.00 | 6,972.90 |
| Fed MED/EE | 32.92 | 1,273.06 |
| Fed OASDI/EE | 140.78 | 5,443.43 |
| NJ Unempl EE | 0.00 | 161.80 |
| NJ NJ WDPF | 0.00 | 10.58 |
| NJ NJ SWAF | 0.00 | 7.40 |
| NJ FLI/EE | 2.36 | 90.00 |
| NJ OASDI/EE | 0.00 | 0.00 |
| PA Withholding | 69.71 | 2,695.49 |
| PA FALLS TWP Withholding | 22.71 | 877.85 |
| **TOTAL:** | **445.48** | **17,532.51** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 323.08 | 10,984.72 |
| Browns Dental | 9.00 | 297.00 |
| Vision Pre-Tax | 2.17 | 73.78 |
| 401K Savings | 79.62 | 2,468.22 |
| FSA-Health Care | 25.55 | 850.00 |
| **TOTAL:** | **439.42** | **14,673.72** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 10.57 | 359.38 |
| Supplemental Life Ins | 0.00 | 1,073.50 |
| **TOTAL:** | **10.57** | **1,432.88** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,653.85 | 2,191.03 | 445.48 | 449.99 | 1,758.38 |
| YTD | 99,253.99 | 85,329.07 | 17,532.51 | 16,106.60 | 65,614.88 |

### NET PAY DISTRIBUTION

Advice #000000039072330

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | *********052 | 1,758.38 |
| **TOTAL:** | | **1,758.38** |

MESSAGE:

| DB Gourmet Markets LLC<br>700 Delsea Dr<br>Westville, NJ 08093<br>856/471-2031 | Pay Begin Date: 12/08/2024<br>Pay End Date: 12/14/2024 | P'Soft Check/Advice #: 000000039019298<br>Advice Date: 12/20/2024 |
|---|---|---|
| James J Dunn<br>249 Andover Rd<br>Fairless Hills, PA 19030 | Employee ID:<br>Store/Div: 4898<br>Department: 3111<br>Pay Rate: $2,653.85 Weekly<br>OT 1.5 Rate: NA | TAX DATA:    Federal    PA State<br>Tax Status:    Married    Married<br>Allowances:    N/A    0<br>Addl. Percent:    N/A<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,653.85 | 1,376.00 | 91,292.44 |
| Taxable Life Insurance | | | 23.40 | | 772.20 |
| Prior Week Adjustment Hours | | | 0.00 | 16.00 | 1,061.54 |
| Paid Time Off | | | 0.00 | 64.00 | 4,246.16 |
| **TOTAL:** | | **0.00** | **2,653.85** | **1,456.00** | **96,600.14** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 182.62 | 6,881.13 |
| Fed MED/EE | 33.61 | 1,240.14 |
| Fed OASDI/EE | 143.68 | 5,302.65 |
| NJ Unempl EE | 0.00 | 161.80 |
| NJ NJ WDPF | 0.00 | 10.58 |
| NJ NJ SWAF | 0.00 | 7.40 |
| NJ FLI/EE | 2.41 | 2.41 |
| NJ OASDI/EE | 0.00 | 0.00 |
| PA Withholding | 71.15 | 2,625.78 |
| PA FALLS TWP Withholding | 23.17 | 855.14 |
| **TOTAL:** | **456.64** | **17,087.03** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 323.08 | 10,661.64 |
| Browns Dental | 9.00 | 288.00 |
| Vision Pre-Tax | 2.17 | 71.61 |
| 401K Savings | 79.62 | 2,388.60 |
| FSA-Health Care | 25.55 | 824.45 |
| **TOTAL:** | **439.42** | **14,234.30** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 10.57 | 348.81 |
| Supplemental Life Ins | 0.00 | 1,073.50 |
| **TOTAL:** | **10.57** | **1,422.31** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,653.85 | 2,237.83 | 456.64 | 449.99 | 1,747.22 |
| YTD | 96,600.14 | 83,138.04 | 17,087.03 | 15,656.61 | 63,856.50 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000039019298 | Checking | *********052 | 1,747.22 |
| **TOTAL:** | | | **1,747.22** |

MESSAGE:

| DB Gourmet Markets LLC<br>700 Delsea Dr<br>Westville, NJ 08093<br>856/471-2031 | Pay Begin Date: 11/24/2024<br>Pay End Date: 11/30/2024 | | P'Soft Check/Advice #: 000000038912925<br>Advice Date: 12/06/2024 | |
|---|---|---|---|---|
| James J Dunn<br>249 Andover Rd<br>Fairless Hills, PA 19030 | Employee ID:<br>Store/Div: 4898<br>Department: 3111<br>Pay Rate: $2,653.85 Weekly<br>OT 1.5 Rate: NA | | TAX DATA:  Federal  PA State<br>Tax Status:  Married  Married<br>Allowances:  N/A  0<br>Addl. Percent:  N/A<br>Addl. Amount: | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,653.85 | 1,296.00 | 85,984.74 |
| Taxable Life Insurance | | | 23.40 | | 725.40 |
| Prior Week Adjustment Hours | | | 0.00 | 16.00 | 1,061.54 |
| Paid Time Off | | | 0.00 | 64.00 | 4,246.16 |
| TOTAL: | | 0.00 | 2,653.85 | 1,376.00 | 91,292.44 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 182.62 | 6,515.89 |
| Fed MED/EE | 33.60 | 1,172.93 |
| Fed OASDI/EE | 143.69 | 5,015.29 |
| NJ Unempl EE | 0.00 | 161.80 |
| NJ NJ WDPF | 0.00 | 10.58 |
| NJ NJ SWAF | 0.00 | 7.40 |
| NJ OASDI/EE | 0.00 | 0.00 |
| PA Withholdng | 71.15 | 2,483.48 |
| PA FALLS TWP Withholdng | 23.17 | 808.80 |
| TOTAL: | 454.23 | 16,176.17 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 323.08 | 10,015.48 |
| Browns Dental | 9.00 | 270.00 |
| Vision Pre-Tax | 2.17 | 67.27 |
| 401K Savings | 79.62 | 2,229.36 |
| FSA-Health Care | 25.54 | 773.36 |
| TOTAL: | 439.41 | 13,355.47 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 10.57 | 327.67 |
| Supplemental Life Ins | 45.60 | 1,048.80 |
| TOTAL: | 56.17 | 1,376.47 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,653.85 | 2,237.84 | 454.23 | 495.58 | 1,704.04 |
| YTD | 91,292.44 | 78,662.37 | 16,176.17 | 14,731.94 | 60,384.33 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000038912925 | Checking | *********052 | 1,704.04 |
| TOTAL: | | | 1,704.04 |

MESSAGE:

| DB Gourmet Markets LLC<br>700 Delsea Dr<br>Westville, NJ 08093<br>856/471-2031 | Pay Begin Date: 11/17/2024<br>Pay End Date: 11/23/2024 | P'Soft Check/Advice #: 000000038861269<br>Advice Date: 11/27/2024 |
|---|---|---|
| James J Dunn<br>249 Andover Rd<br>Fairless Hills, PA  19030 | Employee ID:<br>Store/Div:   4898<br>Department:   3111<br>Pay Rate:   $2,653.85 Weekly<br>OT 1.5 Rate:   NA | TAX DATA:             Federal           PA State<br>Tax Status:          Married           Married<br>Allowances:         N/A                   0<br>Addl. Percent:    N/A<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,653.85 | 1,256.00 | 83,330.89 |
| Taxable Life Insurance | | | 23.40 | | 702.00 |
| Prior Week Adjustment Hours | | | 0.00 | 16.00 | 1,061.54 |
| Paid Time Off | | | 0.00 | 64.00 | 4,246.16 |
| TOTAL: | | 0.00 | 2,653.85 | 1,336.00 | 88,638.59 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 182.62 | 6,333.27 |
| Fed MED/EE | 33.61 | 1,139.33 |
| Fed OASDI/EE | 143.68 | 4,871.60 |
| NJ Unempl EE | 0.00 | 161.80 |
| NJ NJ WDPF | 0.00 | 10.58 |
| NJ NJ SWAF | 0.00 | 7.40 |
| NJ OASDI/EE | 0.00 | 0.00 |
| PA Withholdng | 71.15 | 2,412.33 |
| PA FALLS TWP Withholdng | 23.17 | 785.63 |
| TOTAL: | 454.23 | 15,721.94 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 323.08 | 9,692.40 |
| Browns Dental | 9.00 | 261.00 |
| Vision Pre-Tax | 2.17 | 65.10 |
| 401K Savings | 79.62 | 2,149.74 |
| FSA-Health Care | 25.54 | 747.82 |
| TOTAL: | 439.41 | 12,916.06 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 10.57 | 317.10 |
| Supplemental Life Ins | 45.60 | 1,003.20 |
| TOTAL: | 56.17 | 1,320.30 |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,653.85 | 2,237.84 | 454.23 | 495.58 | 1,704.04 |
| YTD | 88,638.59 | 76,424.53 | 15,721.94 | 14,236.36 | 58,680.29 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000038861269 | Checking | *********052 | 1,704.04 |
| TOTAL: | | | 1,704.04 |

MESSAGE:

| DB Gourmet Markets LLC<br>700 Delsea Dr<br>Westville, NJ 08093<br>856/471-2031 | Pay Begin Date: 11/10/2024<br>Pay End Date: 11/16/2024 | | P'Soft Check/Advice #: 000000038809962<br>Advice Date: 11/22/2024 | |
|---|---|---|---|---|
| James J Dunn<br>249 Andover Rd<br>Fairless Hills, PA 19030 | Employee ID:<br>Store/Div: 4898<br>Department: 3111<br>Pay Rate: $2,653.85 Weekly<br>OT 1.5 Rate: NA | | TAX DATA: | Federal | PA State |
| | | | Tax Status: | Married | Married |
| | | | Allowances: | N/A | 0 |
| | | | Addl. Percent: | N/A | |
| | | | Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 2,653.85 | 1,216.00 | 80,677.04 |
| Taxable Life Insurance | | | 23.40 | | 678.60 |
| Prior Week Adjustment Hours | | | 0.00 | 16.00 | 1,061.54 |
| Paid Time Off | | | 0.00 | 64.00 | 4,246.16 |
| **TOTAL:** | | 0.00 | 2,653.85 | 1,296.00 | 85,984.74 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 182.62 | 6,150.65 |
| Fed MED/EE | 33.60 | 1,105.72 |
| Fed OASDI/EE | 143.68 | 4,727.92 |
| NJ Unempl EE | 0.00 | 161.80 |
| NJ NJ WDPF | 0.00 | 10.58 |
| NJ NJ SWAF | 0.00 | 7.40 |
| NJ OASDI/EE | 0.00 | 0.00 |
| PA Withholdng | 71.15 | 2,341.18 |
| PA FALLS TWP Withholdng | 23.17 | 762.46 |
| **TOTAL:** | 454.22 | 15,267.71 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Managed Care-Pre Tax | 323.08 | 9,369.32 |
| Browns Dental | 9.00 | 252.00 |
| Vision Pre-Tax | 2.17 | 62.93 |
| 401K Savings | 79.62 | 2,070.12 |
| FSA-Health Care | 25.54 | 722.28 |
| **TOTAL:** | 439.41 | 12,476.65 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Member LTD | 10.57 | 306.53 |
| Supplemental Life Ins | 45.60 | 957.60 |
| **TOTAL:** | 56.17 | 1,264.13 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,653.85 | 2,237.84 | 454.22 | 495.58 | 1,704.05 |
| YTD | 85,984.74 | 74,186.69 | 15,267.71 | 13,740.78 | 56,976.25 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000038809962 | Checking | *********052 | 1,704.05 |
| **TOTAL:** | | | 1,704.05 |

**MESSAGE:**