# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-10680-DJB |
| James J. Dunn | : Chapter 13 |
|       *Debtor* | : |
| | : |
| The Bank Of New York Mellon fka The Bank Of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-B | : : : : |
| | : |
|       *Movant* | : |
|    vs. | : |
| James J. Dunn | : |
|       *Debtor/Respondent* | : |
|   and | : |
| Kenneth E. West, Esquire | : |
|       *Trustee/Respondent* | : |

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

TO THE CLERK:

    Please mark the Objection to Confirmation of Plan, filed on March 25, 2025 as Doc. #18, as withdrawn without prejudice.

                              Respectfully submitted,

                              /s/Danielle Boyle-Ebersole
                              Danielle Boyle-Ebersole, Esquire
                              Attorney I.D. # 81747
                              Hladik, Onorato & Federman, LLP
                              298 Wissahickon Avenue
                              North Wales, PA 19454
                              Phone 215-855-9521/Fax 215-855-9121
                              dboyle-ebersole@hoflawgroup.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-10680-DJB |
| James J. Dunn | : Chapter 13 |
| *Debtor* | : |
| | : |
| The Bank Of New York Mellon fka The Bank Of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-B | : |
| *Movant* | : |
| vs. | : |
| James J. Dunn | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

### CERTIFICATE OF MAILING

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on May 28, 2025.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

| | |
|---|---|
| Michael Cibik., Esquire<br>Via Electronic Filing<br>*Attorney for Debtor* | James J. Dunn<br>249 Andover Road<br>Fairless Hills, PA 19030<br>Via First Class Mail<br>*Debtor* |
| Kenneth E. West, Esquire<br>Via Electronic Filing<br>*Trustee* | |

Dated: 05/28/2025

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com