Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827

# Santander Consumer USA Inc.

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **Lienholder** | Santander Consumer USA |
| **Lienholder Address** | PO Box 961288 |
| | Ft Worth, TX 76161 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 1C3CCCDG8FN615845 | **Issuance Date** | 12/6/2016 |
| | | **Received Date** | 12/6/2016 |
| **Title State** | PA | **ELT/Paper** | ELECTRONIC |
| **Year** | 2015 | **Odometer Reading** | 15950 |
| **Make** | CHRY | **Branding** | |
| **Model** | XXX | | |
| **Owner 1** | DUNN,JAMES | | |
| **Owner 2** | | | |
| **Owner Address** | 249 ANDOVER RD | | |
| | FAIRLESS HLS, PA 19030 | | |