IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAMES J. DUNN ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER BANK, N.A., AS SERVICER ) | |
| FOR SANTANDER CONSUMER USA INC. ) | Case No.: 25-10680 (DJB) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date:  7-17-25 at 11:00 AM** |
| ) | |
| JAMES J. DUNN ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of Santander Bank, N.A., as servicer for Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2015 Chrysler 200** bearing vehicle identification number 1C3CCCDG8FN615845 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(4).**

Date:

_____
UNITED STATES BANKRUPTCY JUDGE