# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James J. Dunn,<br><br>*Debtor.* | Case No. 25-10680-DJB<br>Chapter 13 |

### Certificate of Service

I, Michael A. Cibik, certify that on June 25, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: June 25, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Santander Consumer USA, Inc.**
P.O. Box 961245
Fort Worth, TX 76161-1245
Method of Service: CM/ECF

**The Bank of New York Mellon, et al.**
c/o Rushmore Servicing
P.O. Box 619096
Dallas, TX 75261
Method of Service: CM/ECF