United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James J. Dunn  
    Debtor

Case No. 25-10680-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 26, 2025      Form ID: 155      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James J. Dunn, 249 Andover Rd, Fairless Hls, PA 19030-2201 |
| 14980432 | + | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14980449 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15017316 | + | Santander Bank, N.A., c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14980451 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 14982484 | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, Danielle Boyle-Ebersole, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14980453 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14980427 | | Email/Text: bankruptcy@rentacenter.com | Jun 27 2025 00:37:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14989807 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:41 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14980428 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:43:56 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14980429 | | Email/Text: bk@avant.com | Jun 27 2025 00:37:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 14980430 | | Email/Text: rm-bknotices@bridgecrest.com | Jun 27 2025 00:37:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14980433 | | Email/Text: megan.harper@phila.gov | Jun 27 2025 00:37:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14980431 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:58 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14980432 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jun 27 2025 00:37:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14980434 | | Email/Text: bankruptcy@philapark.org | Jun 27 2025 00:37:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14980435 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 27 2025 00:37:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14980436 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2025 00:42:53 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14980437 | | Email/Text: bankruptcy@cbtno.com | Jun 27 2025 00:37:00 | Crescent Bank, Attn: Bankruptcy, PO Box 61813, New Orleans, LA 70161-1813 |

Case 25-10680-djb    Doc 37    Filed 06/28/25    Entered 06/29/25 00:41:04    Desc Imaged
                    Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: 155 | Total Noticed: 39 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14980438 | + | Email/Text: famc-bk@1stassociates.com | Jun 27 2025 00:37:00 | Firstacces, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14980439 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 27 2025 00:42:53 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14980440 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 27 2025 00:37:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14980441 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2025 00:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14997947 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 00:37:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14988074 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:42:53 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15001922 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14980442 | | Email/Text: amps@manleydeas.com | Jun 27 2025 00:37:00 | MDK, Attn: Bankruptcy, c/o Meredith Wooters, P.O. Box 165028, Columbus, OH 43216 |
| 14980443 | | Email/Text: EBN@Mohela.com | Jun 27 2025 00:37:00 | Mohela, Attn: Bankruptcy 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14990619 | | Email/Text: EBN@Mohela.com | Jun 27 2025 00:37:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15010878 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 27 2025 00:37:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14980444 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 27 2025 00:37:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14980445 | | Email/PDF: cbp@omf.com | Jun 27 2025 00:57:02 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14980446 | | Email/Text: fesbank@attorneygeneral.gov | Jun 27 2025 00:37:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14980447 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2025 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14980448 | ^ | MEBN | Jun 27 2025 00:29:35 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14980450 | | Email/Text: bankruptcy@philapark.org | Jun 27 2025 00:37:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14987007 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:37:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14986934 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 27 2025 00:37:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14997502 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 00:37:00 | The Bank of New York Mellon, et al., c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14980452 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 27 2025 00:37:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 33

Case 25-10680-djb   Doc 37   Filed 06/28/25   Entered 06/29/25 00:41:04   Desc Imaged
Certificate of Notice   Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 26, 2025 | Form ID: 155 | Total Noticed: 39 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 28, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK N.A., AS TRUSTEE FOR CENTEX HOME EQUITY LOAN TRUST 2005-B dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor James J. Dunn help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    James J. Dunn )  Case No. 25−10680−djb
     )
     )
    Debtor(s). )  Chapter: 13
     )
     )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 26, 2025                                                     For The Court

                                                                                                  Derek J Baker
                                                                                                  Judge, United States Bankruptcy Court