IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAMES J. DUNN | ) |
| **Debtor(s)** | ) |
| | ) CHAPTER 13 |
| SANTANDER BANK, N.A., AS SERVICER | ) |
| FOR SANTANDER CONSUMER USA INC. | ) Case No.: 25-10680 (DJB) |
| **Moving Party** | ) |
| | ) |
| v. | ) **Hearing Date: 7-17-25 at 11:00 AM** |
| | ) |
| JAMES J. DUNN | ) 11 U.S.C. 362 |
| **Respondent(s)** | ) |
| | ) |
| KENNETH E. WEST | ) |
| **Trustee** | ) |

## CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Motion, and proposed Order on June 10, 2025 as shown in the Certification of Service filed in this matter, that more than 15 days have passed and that I have received no objection as of this date either oral or written to the Motion.

I respectfully request that the Court grant Santander's Motion For Relief From The Automatic Stay, enter the attached Order, and cancel the hearing scheduled for July 17, 2025.

Date: 7/15/25

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329
Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.