IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                              )
                                    )   25-10680 (DJB)
JAMES J. DUNN                       )
                                    )
  **Debtor(s)**                     )   Chapter 13
                                    )
_____)

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc. hereby certifies as follows:

1. I am the attorney for Santander and am fully familiar with the facts of this case.

2. On July 15, 2025, I served by electronic means and by regular mail, a copy of the Certificate Of No Response and proposed Order to the following individuals:

| Debtor | Debtor's Attorney |
|---|---|
| James J Dunn | Michael A. Cibik, Esq. |
| 294 Andover Rd. | Cibik Law, P.C. |
| Fairless Hill, PA 19030 | 1500 Walnut Street |
|  | Suite 900 |
|  | Philadelphia, PA 19102 |

| Office of the US Trustee | Trustee |
|---|---|
| United States Trustee | Kenneth E. West |
| Robert N.C. Nix Federal Building | Office of the Chapter 13 Standing Trustee |
| 900 Market Street | 190 N. Independence Mall West |
| Suite 320 | Suite 701 |
| Philadelphia, PA 19107 | Philadelphia, PA 19106 |

Date: 7/15/25

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania