IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAMES J. DUNN ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER BANK, N.A., AS SERVICER ) | |
| FOR SANTANDER CONSUMER USA INC. ) | Case No.: 25-10680 (DJB) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date: 7-17-25 at 11:00 AM** |
| ) | |
| JAMES J. DUNN ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Bank, N.A., as servicer for Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 17, 2025 in the above matter is APPROVED.

Dated:

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE