IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>James J. Dunn,<br>                  *Debtor*. | : Bankruptcy No. 25-10680-DJB<br>: Chapter 13<br>: |
| The Bank Of New York Mellon fka The Bank Of New York As Successor In Interest To JP Morgan Chase Bank, N.A., As Trustee For Centex Home Equity Loan Trust 2005-B<br>                  *Movant*,<br>                  vs.<br>James J. Dunn and Paula D. Dunn (Non-Filing Co-Debtor),<br>                  *Debtors/Respondents*,<br>                  and<br>Kenneth E. West, Esquire,<br>                  *Trustee/Respondent*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

      **AND NOW**, this ____ day of _____, 2026, upon consideration of the Motion of Movant, The Bank Of New York Mellon fka The Bank Of New York As Successor In Interest To JP Morgan Chase Bank, N.A., As Trustee For Centex Home Equity Loan Trust 2005-B, and the response thereto, if any, and for good cause shown, it is hereby:

      **ORDERED** that the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 and § 1301 as to Paula D. Dunn, is modified and lifted with respect to the premises, 249 Andover Road, Fairless Hills, PA 19030, to allow Movant, or it successors, if any, to exercise its rights under its loan documents; and it is

      **FURTHER ORDERED** that the 14-day stay provided by Rule 4001(a)(4) is hereby waived.

                                                                   BY THE COURT:

                                                              _____
                                                               Honorable Derek J. Baker
                                                               U.S. Bankruptcy Judge