# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>James J. Dunn,<br>        *Debtor.* | : Bankruptcy No. 25-10680-DJB<br>: Chapter 13<br>:<br>: |
| The Bank Of New York Mellon fka The Bank Of New York As Successor In Interest To JP Morgan Chase Bank, N.A., As Trustee For Centex Home Equity Loan Trust 2005-B<br>        *Movant*, | :<br>:<br>:<br>:<br>: |
| vs. | : |
| James J. Dunn and Paula D. Dunn (Non-Filing Co-Debtor),<br>        *Debtors/Respondents*,<br>and<br>Kenneth E. West, Esquire<br>        *Trustee/Respondent.* | :<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATION OF SERVICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

     I, Danielle Boyle-Ebersole, Esq., attorney for Movant, The Bank Of New York Mellon fka The Bank Of New York As Successor In Interest To JP Morgan Chase Bank, N.A., As Trustee For Centex Home Equity Loan Trust 2005-B, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **02/09/2026** upon the following:

| | |
|---|---|
| Michael A. Cibik, Esquire<br>Via ECF<br>*Attorney for Debtor* | James J. Dunn<br>Paula D. Dunn<br>249 Andover Road<br>Fairless Hills, PA 19030 |
| Kenneth E. West, Esquire<br>VIA ECF<br>*Trustee* | Via First Class Mail<br>*Debtor and Non-Filing Co-Debtor* |

                                     Respectfully Submitted,

Date: 02/09/2026

                                  /s/Danielle Boyle-Ebersole
                                  Danielle Boyle-Ebersole, Esquire
                                  Attorney I.D. # 81747
                                  Hladik, Onorato & Federman, LLP
                                  298 Wissahickon Avenue
                                  North Wales, PA 19454
                                  Phone 215-855-9521/Fax 215-855-9121
                                  dboyle-ebersole@hoflawgroup.com