IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>James J. Dunn,<br>   *Debtor.* | : Bankruptcy No. 25-10680-DJB<br>: Chapter 13<br>:<br>: |
| The Bank of New York Mellon fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-B<br>   *Movant,*<br>  vs.<br>James J. Dunn<br>Paula D. Dunn (Non-Filing Co-Debtor),<br>   *Debtors/Respondents,*<br>  and<br>Kenneth E. West, Esquire,<br>   *Trustee/Respondent.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

ORDER

  AND NOW, this_____ day of _____, 2026, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

              _____
              Honorable Derek J. Baker
              U.S. Bankruptcy Judge