## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| James J. Dunn,<br><br>*Debtor.* | Case No. 25-10680-DJB<br>Chapter 13 |

### Motion to Modify Plan After Confirmation

Debtor James J. Dunn, through his attorney, hereby moves this Court as follows:

1.  The Debtor filed a bankruptcy petition on February 20, 2025. The plan was confirmed on June 26, 2025.

2.  A stipulation was recently approved between the Debtor and The Bank of New York Mellon settling the Motion for Relief filed at ECF No. 44.

3.  The Debtor wants to amend his plan to roll-in the post-petition mortgage arrears in compliance with the terms of the stipulation.

4.  The proposed plan rolls in the arrears and increases the payments moving forward.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 50 as the new confirmed plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: March 19, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com