**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

James J. Dunn,

                                        *Debtor.*

Case No. 25-10680-DJB
Chapter 13

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan

filed as ECF No. 51 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The modified plan filed as ECF No. 50 is **APPROVED**.

Date: _____

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge