### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James J. Dunn, | Case No. 25-10680-DJB |
| *Debtor.* | Chapter 13 |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan

filed as ECF No. 51 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The modified plan filed as ECF No. 50 is **APPROVED**.

Date: **April 16, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge